**DOLL AMIR & ELEY LLP**
HUNTER R. ELEY (SBN 224321)
heley@dollamir.com
MARGARET C. PRUITT (SBN 298613)
mpruitt@dollamir.com
515 S. Flower Street, Suite 1812
Los Angeles, California 90071
Tel: 213.542.3380
Fax: 213.542.3381

Attorneys for Defendant,
CAPITAL ONE, N.A.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Valerie Gonzales<br><br>Plaintiff,<br><br>v.<br><br>Capital One, N.A.<br><br>Defendant. | Case No. 2:26-cv-03441-JLS-PVC<br><br>*Assigned to Judge Josephine L. Staton; Referred to Magistrate Judge Pedro V. Castillo*<br><br>**DEFENDANT CAPITAL ONE, N.A.'S ANSWER TO COMPLAINT** |

Defendant Capital One, N.A., (hereinafter, "Capital One"), by and through its undersigned counsel, answers the Complaint filed by Plaintiff Valerie Gonzales ("Plaintiff") as follows[1]:

Except as expressly admitted or qualified below, Capital One denies each and every allegation in the Complaint.

## INTRODUCTION

1. Capital One responds that paragraph 1 states conclusions of law to which no response is required. To the extent a response is required, Capital One responds that the statutes speak for themselves and Capital One denies any inconsistent characterizations within the Complaint. With respect to any remaining allegations, Capital One admits that Plaintiff alleges claims based on the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227, *et. seq*., the Rosenthal Fair Debt Collection Practices Act ("RFDCPA"), Cal. Civ. Code § 1788.1, *et. seq*., and intrusion upon seclusion. Capital One denies, generally and specifically, that it violated the TCPA, denies it violated the RFDCPA and denies that it is liable for intrusion upon seclusion.

2. Answering paragraph 2, Capital One denies that it engaged in actionable conduct. As to the remainder of the paragraph, Capital One is currently without sufficient knowledge or information to form a belief as to the truth of these allegations, including because Capital One's investigation into Plaintiff's claims is on-going, and on that basis denies, generally and specifically, each and every averment contained therein.

3. Answering paragraph 3, Capital One is currently without sufficient knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

[1] Capital One restates herein the headings contained in the Complaint for convenience only. Capital One does not concede the accuracy of any heading and denies all liability as alleged by Plaintiff.

4. Answering paragraph 4, Capital One is currently without sufficient knowledge or information sufficient to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

## JURISDICTION & VENUE

5. Answering paragraph 5, Capital One hereby incorporates by reference all of the preceding paragraphs.

6. Answering paragraph 6, Plaintiff sets forth a legal conclusion to which no admission or denial is required.

7. Answering paragraph 7, Plaintiff sets forth a legal conclusion to which no admission or denial is required.

## GENERAL ALLEGATIONS

8. Answering paragraph 8, Capital One is currently without sufficient knowledge or information to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

9. Answering paragraph 9, Capital One responds that it is a national banking association that utilizes the U.S. mail, e-mail and telephones to communicate with its customers. With respect to any remaining allegations, Capital One is currently without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

10. Answering paragraph 10, Plaintiff sets forth a legal conclusion to which no admission or denial is required. To the extent a response is required, Capital One responds that the statute speaks for itself and Capital One denies any inconsistent characterizations within the Complaint. With respect to any remaining allegations, Capital One is currently without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

11. Answering paragraph 11, Capital One admits Plaintiff applied for and opened a credit card account, with account number ending in 6537, in November 2019. Capital One further admits the Account is an unsecured credit card account. With respect to any remaining allegations, Capital One is currently without sufficient knowledge or information to form a belief as to the truth of these allegations, including but not limited to because it sets for a legal conclusion, and on that basis denies, generally and specifically, each and every averment contained therein.

12. Answering paragraph 12, Capital One is currently without sufficient knowledge or information sufficient to form a belief as to the truth of these allegations, and on that basis denies, generally and specifically, each and every averment contained therein.

13. Answering paragraph 13, Capital One is currently without sufficient knowledge or information to form a belief as to the truth of these allegations, including but not limited to because Capital One's investigation of Plaintiff's claims is on-going, and on that basis denies, generally and specifically, each and every averment contained therein.

14. Answering paragraph 14, Capital One is currently without sufficient knowledge or information to form a belief as to the truth of these allegations, including but not limited to because it sets forth a legal conclusion to which no response is required, and on that basis denies, generally and specifically, each and every averment contained therein.

15. Answering paragraph 15, Capital One is currently without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis denies, generally and specifically, each and every averment contained therein.

16. Answering paragraph 16, Capital One responds that the Account is an unsecured credit card account on which both purchases and payments were made. With respect to any remaining allegations, Capital One is currently without sufficient

DOLL AMIR & ELEY LLP

knowledge or information to form a belief as to the truth of these allegations, and on that basis denies each and every allegation contained therein.

17. Answering paragraph 17, Capital One responds that purchases and payments were made on the Account. With respect to any remaining allegations, Capital One is currently without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis denies each and every allegation contained therein.

18. Answering paragraph 18, Capital One is currently without sufficient knowledge or information to form a belief as to the truth of these allegations, including but not limited to because Capital One's investigation of Plaintiff's claims is on-going, and on that basis denies, generally and specifically, each and every averment contained therein.

19. Answering paragraph 19, Capital One is currently without sufficient knowledge or information to form a belief as to the truth of these allegations and on that basis denies, generally and specifically, each and every averment contained therein.

20. Answering paragraph 20, Capital One responds that it received a letter, dated May 30, 2025, from Plaintiff in June 2025 by certified mail, which speaks for itself, and Capital One denies any inconsistent characterizations within the Complaint. With respect to any remaining allegations, Capital One is currently without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis denies each and every allegation contained therein.

21. Answering paragraph 21, Capital responds that it received a letter, dated May 30, 2025, from Plaintiff in June 2025 by certified mail, which speaks for itself, and Capital One denies any inconsistent characterizations within the Complaint. With respect to any remaining allegations, Capital One is currently without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis denies each and every allegation contained therein.

DOLL AMIR & ELEY LLP

22. Answering paragraph 22, Capital One is currently without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis denies each and every allegation contained therein.

23. Answering paragraph 23, Capital One is currently without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis denies each and every allegation contained therein.

24. Answering paragraph 24, Capital One is currently without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis denies each and every allegation contained therein.

25. Answering paragraph 25, Capital One is currently without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis denies each and every allegation contained therein.

26. Answering paragraph 26, Capital One denies, generally and specifically, each and every allegation contained therein.

27. Answering paragraph 27, Capital One denies that it engaged in actionable conduct. With respect to any remaining allegations, Capital One is currently without knowledge or information sufficient to form a belief as to the truth of these allegations, and on that basis denies, generally and specifically, each and every averment contained therein.

28. Answering paragraph 28, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations, including but not limited to because Capital One's investigation of Plaintiff's claims is on-going, and on that basis denies, generally and specifically, each and every averment contained therein.

29. Answering paragraph 29, Capital One is currently without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph as its investigation is ongoing, and on that basis denies each and every allegation contained therein.

30. Answering paragraph 30, Capital One denies that it engaged in actionable conduct. With respect to any remaining allegations, Capital One is currently without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph as its investigation is ongoing, and on that basis denies each and every allegation contained therein.

31. Answering paragraph 31, Capital One denies that it engaged in actionable conduct. With respect to any remaining allegations, Capital One is currently without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph as its investigation is ongoing, and on that basis denies each and every allegation contained therein.

32. Answering paragraph 32, Capital One denies, generally and specifically, each and every allegation contained therein.

**FIRST CAUSE OF ACTION**

(Violation of the Rosenthal Act)
(Cal. Civ. Code §§ 1788-1788.32)
(Against Defendant)

33. Answering paragraph 33, Capital One incorporates by reference its responses to the foregoing paragraphs of the Complaint.

34. Answering paragraph 31, Capital One admits that it received a letter, dated May 30, 2025, from Plaintiff in June 2025 by certified mail, which speaks for itself and Capital One denies any inconsistent characterizations within the Complaint. With respect to any remaining allegations, Capital One is currently without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis denies each and every allegation contained therein.

35. Answering paragraph 35, Capital One denies that it engaged in actionable conduct. With respect to any remaining allegations, Capital One is currently without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph as its investigation is ongoing, and on that basis denies each and every allegation contained therein.

36. Answering paragraph 36, Capital One denies that it engaged in actionable conduct. With respect to any remaining allegations, Capital One is currently without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph as its investigation is ongoing, and on that basis denies each and every allegation contained therein.

37. Answering paragraph 37, Capital One denies that it engaged in actionable conduct. With respect to any remaining allegations, Capital One is currently without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph as its investigation is ongoing, and on that basis denies each and every allegation contained therein.

38. Answering paragraph 38, Capital One denies, generally and specifically, each and every allegation contained therein.

## SECOND CAUSE OF ACTION

(Violation of the Rosenthal Act)
(Cal. Civ. Code §§ 1788-1788.32)
(Against Defendant)

39. Answering paragraph 39, Capital One incorporates by reference its responses to the foregoing paragraphs of the Complaint.

40. Answering paragraph 40, Capital One is currently without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph as its investigation is ongoing, and on that basis denies each and every allegation contained therein.

41. Answering paragraph 41, Capital One is currently without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph as its investigation is ongoing, and on that basis denies each and every allegation contained therein.

42. Answering paragraph 42, Capital One is currently without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph as its investigation is ongoing, and on that basis denies each and every

allegation contained therein.

43. Answering paragraph 43, Capital One denies, generally and specifically, each and every allegation contained therein.

**THIRD CAUSE OF ACTION**
(Violation of the Rosenthal Act)
(Cal. Civ. Code §§ 1788-1788.32)
(Against Defendant Capital One)

44. Answering paragraph 44, Capital One incorporates by reference its responses to the foregoing paragraphs of the Complaint.

45. Answering paragraph 45, Capital One is currently without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph as its investigation is ongoing, and on that basis denies each and every allegation contained therein.

46. Answering paragraph 46, Capital One is currently without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph as its investigation is ongoing, and on that basis denies each and every allegation contained therein.

47. Answering paragraph 47, Capital One is currently without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph as its investigation is ongoing, and on that basis denies each and every allegation contained therein.

48. Answering paragraph 48, Capital One denies generally and specifically each and every allegation contained therein.

**FOURTH CAUSE OF ACTION**
(Violation of the Rosenthal Act)
(Cal. Civ. Code §§ 1788-1788.32)
(Against Defendant Capital One)

49. Answering paragraph 49, Capital One incorporates by reference its responses to the foregoing paragraphs of the Complaint.

50. Answering paragraph 50, Capital One is currently without sufficient

DOLL AMIR & ELEY LLP

knowledge or information to form a belief as to the truth of the allegations contained in said paragraph as its investigation is ongoing, and on that basis denies each and every allegation contained therein.

51. Answering paragraph 51, Capital One is currently without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph as its investigation is ongoing, and on that basis denies each and every allegation contained therein.

52. Answering paragraph 52, Capital One is currently without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph as its investigation is ongoing, and on that basis denies each and every allegation contained therein.

53. Answering paragraph 53, Capital One denies generally and specifically each and every allegation contained therein.

**Cal Civ. Code §3294**

54. Answering paragraph 54, Capital One denies generally and specifically each and every allegation contained therein.

55. Capital One responds that paragraph 55 states conclusions of law to which no response is required. To the extent a response is required, Capital One responds that the statutes speak for themselves and Capital One denies any inconsistent characterizations within the Complaint. With respect to any remaining allegations, Capital One is currently without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

56. Answering paragraph 56, Capital One denies generally and specifically each and every allegation contained therein.

57. Capital One responds that paragraph 57 states conclusions of law to which no response is required. To the extent a response is required, Capital One responds that the statutes speak for themselves and Capital One denies any inconsistent

characterizations within the Complaint. With respect to any remaining allegations, Capital One denies generally and specifically each and every allegation contained therein.

58. Answering paragraph 58, Capital One denies generally and specifically each and every allegation contained therein.

59. Answering paragraph 59, Capital One denies generally and specifically each and every allegation contained therein.

60. Answering paragraph 60, Capital One denies generally and specifically each and every allegation contained therein.

**FOURTH CAUSE OF ACTION**

(Violation of the TCPA)
(47 USC § 227)
(Against Defendant)

61. Answering paragraph 61, Capital One incorporates by reference its responses to the foregoing paragraphs of the Complaint.

62. Answering paragraph 62, Capital One is currently without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph as its investigation is ongoing, and on that basis denies each and every allegation contained therein.

63. Answering paragraph 63, Capital One is currently without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph as its investigation is ongoing, and on that basis denies each and every allegation contained therein.

64. Answering paragraph 64, Capital One is currently without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph as its investigation is ongoing, and on that basis denies each and every allegation contained therein.

65. Answering paragraph 65, Capital One is currently without sufficient knowledge or information to form a belief as to the truth of the allegations contained in

said paragraph as its investigation is ongoing, and on that basis denies each and every allegation contained therein.

66. Answering paragraph 66, Capital One is currently without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph as its investigation is ongoing, and on that basis denies each and every allegation contained therein.

67. Capital One responds that paragraph 67 states conclusions of law to which no response is required. To the extent a response is required, Capital One responds that the statute speaks for itself and Capital One denies any inconsistent characterizations within the Complaint. With respect to any remaining allegations, Capital One denies generally and specifically each and every allegation contained therein.

68. Answering paragraph 68, Capital One is currently without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph as its investigation is ongoing, and on that basis denies each and every allegation contained therein.

69. Capital One responds that paragraph 69 states conclusions of law to which no response is required. To the extent a response is required, Capital One responds that the statute speaks for itself and Capital One denies any inconsistent characterizations within the Complaint. With respect to any remaining allegations, Capital One denies generally and specifically each and every allegation contained therein.

## DEMAND FOR JURY TRIAL

Answering this paragraph, Capital One admits that Plaintiff has requested a trial by jury.

## PRAYER FOR RELIEF

Answering this paragraph, Capital One denies that Plaintiff is entitled to any of the relief sought against Capital One.

## AFFIRMATIVE DEFENSES

NOW WHEREFORE, having answered the Complaint, Capital One asserts the

following affirmative defenses:

**FIRST AFFIRMATIVE DEFENSE**

1. The Complaint fails to state a claim upon which relief can be granted against Capital One.

**SECOND AFFIRMATIVE DEFENSE**

2. Plaintiff failed to mitigate her damages, if any.

**THIRD AFFIRMATIVE DEFENSE**

3. Plaintiff's damages, if any, were caused by the actions and/or inaction of third parties and/or intervening causes over which Capital One has no control.

**FOURTH AFFIRMATIVE DEFENSE**

4. Damages or injuries, if any, suffered by Plaintiff are attributable to Plaintiff's own conduct, deeds, acts, words and omissions, and not to any conduct, deeds, acts, words or omissions of Capital One.

**FIFTH AFFIRMATIVE DEFENSE**

5. The TCPA does not prohibit calls made using an automatic telephone dialing system or using an artificial or pre-recorded voice where the called party has given consent.

6. A creditor can establish consent by demonstrating that the called party provided the cellular telephone number.

7. Plaintiff consented to calls from Capital One.

8. To the extent Capital One received consent to place collection calls featuring a prerecorded or artificial voice to cellular telephones of Plaintiff through customer agreements, written or verbal statements, or otherwise, the claims are barred.

**SIXTH AFFIRMATIVE DEFENSE**

9. The TCPA provides for statutory damages of $500 to $1,500 for each violation of the law.

10. When directed at telephone calls, statutory damages under the TCPA could quickly rise to thousands of dollars of damages for alleged actions that caused

little or no actual damage to Plaintiff.

11. Statutory damages would constitute an excessive fine or penalty without the substantive or procedural safeguards guaranteed by the Fifth and Fourteenth Amendments to the United States Constitution.

**SEVENTH AFFIRMATIVE DEFENSE**

12. Plaintiff's claims are barred, in whole or in part, because Capital One had and/or reasonably relied upon the requisite consent to make the at-issue calls.

**EIGHTH AFFIRMATIVE DEFENSE**

13. Plaintiff's Complaint seeks punitive damages. Capital One adopts by reference the defenses, criteria, limitations, standards, and constitutional protections mandated or provided by the United States Supreme Court in the following cases: *BMW v. Gore*, 517 U.S. 559 (1996); *Cooper Indus., Inc. v. Leatherman Tool Grp., Inc.*, 532 U.S. 923 (2001); *State Farm v. Campbell*, 538 U.S. 408 (2003); *Phillip Morris USA v. Williams*, 127 S. Ct. 1057 (2007); *Exxon Shipping Co. v. Baker*, 168 S. Ct. 265 (2008).

**NINTH AFFIRMATIVE DEFENSE**

14. Capital One pleads and asserts all applicable constitutional, statutory, and common law limitations on punitive damages.

**TENTH AFFIRMATIVE DEFENSE**

15. Capital One is informed and believes, and on that basis alleges that it has complied with all applicable state and federal laws, statutes and regulations and, therefore, cannot be held liable for any alleged damages suffered by Plaintiff.

**ELEVENTH AFFIRMATIVE DEFENSE**

16. Plaintiff's claim is barred, in whole or in part, because Plaintiff has not sufficiently alleged (nor can she prove) that Capital One willfully violated the TCPA.

**TWELFTH AFFIRMATIVE DEFENSE**

17. The TCPA does not provide for costs or attorney's fees for a successful action and, therefore, even if Plaintiff was to prevail on her TCPA claim, Plaintiff is not entitled to these amounts.



DOLL AMIR & ELEY LLP

**THIRTEENTH AFFIRMATIVE DEFENSE**

18. Capital One acted in good faith and any violation by Capital One of the statutes alleged in the Complaint was not intentional and resulted (if at all) from a *bona fide* error notwithstanding the maintenance of procedures reasonably adapted to avoid any such error.

**FOURTEENTH AFFIRMATIVE DEFENSE**

19. Capital One alleges that Plaintiff's claims are barred in whole, or in part by the doctrine of waiver.

**FIFTEENTH AFFIRMATIVE DEFENSE**

20. The Complaint, and each claim alleged therein, is barred, in whole or in part, on the grounds that Capital One did not engage in malice as its conduct was not knowing, willful or intentional.

**SIXTEENTH AFFIRMATIVE DEFENSE**

21. Any and all harm alleged by Plaintiff can be attributed to several causes, and the damages for the harm, if any, should be apportioned among the various causes, according to the contribution of each cause to the harm sustained.

**SEVENTEENTH AFFIRMATIVE DEFENSE**

22. If Plaintiff suffered or sustained any loss, injury, damage, or detriment, the same was directly and proximately caused and contributed to by the breach, conduct, acts, omissions, activities, carelessness, recklessness, negligence, and/or intentional misconduct of third parties, and not Capital One.

**EIGHTEENTH AFFIRMATIVE DEFENSE**

23. Plaintiff lacks standing to assert the claims alleged in this action against Capital One, because Plaintiff did not suffer a concrete injury.

**NINETEENTH AFFIRMATIVE DEFENSE**

24. Plaintiff fails to show that any alleged acts or omissions of Capital One caused the injuries or damages claimed by Plaintiff.

**TWENTIETH AFFIRMATIVE DEFENSE**

25. Any damage or loss Plaintiff incurred as a result of any act or conduct by Capital One would be speculative and thus too uncertain for recovery.

**TWENTY-FIRST AFFIRMATIVE DEFENSE**

26. Plaintiff would be unjustly enriched if allowed to recover under the Complaint.

**TWENTY-SECOND AFFIRMATIVE DEFENSE**

27. Any alleged acts or omissions of Capital One that give rise to Plaintiff's causes of action are the result of innocent mistake.

**TWENTY-THIRD AFFIRMATIVE DEFENSE**

28. Plaintiff's claims are barred by the doctrine of unclean hands.

**TWENTY-FOURTH AFFIRMATIVE DEFENSE**

29. The Complaint, and each purported cause of action alleged therein, is barred by the conduct, action and inactions of Plaintiff, which amount to and constitute a waiver of any right or rights Plaintiff may or might have in relation to the matters alleged in the Complaint.

**TWENTY-FIFTH AFFIRMATIVE DEFENSE**

30. Through Plaintiff's own conduct, acts or omissions, Plaintiff consented to and acquiesced in Capital One's conduct.

**RESERVATION OF RIGHTS**

Capital One expressly reserves the right to assert other affirmative defenses as may be appropriate as this action proceeds.

WHEREFORE, Defendant Capital One prays for judgment against Plaintiff as follows:

a. That the Complaint be dismissed with prejudice in its entirety;

b. That Plaintiff take nothing by reason of her Complaint;

c. That judgment be entered in favor of Defendant Capital One;

d. For recovery of Defendant Capital One's costs of suit, including its attorneys' fees to the extent recoverable by contract or law; and

e. For such other and further relief as the Court deems just.

DATED: June 24, 2026

**DOLL AMIR & ELEY LLP**

By: */s/ Margaret C. Pruitt*
HUNTER R. ELEY
MARGARET C. PRUITT
Attorneys for Defendant,
CAPITAL ONE, N.A.